CAMPBELL SOUP COMPANY, APPELLANT-RESPONDENT, v. BOARD OF REVIEW, *ET ALS.*, RESPONDENTS-PETITIONERS.

See same case below: 24 *N. J. Super.* 311.

*Mr. Clarence F. McGovern* and *Mr. Abraham Greenberg* for the petitioners.

*Mr. Grover C. Richman* for the respondent.

May 18, 1953.   Granted.

EZRA FENTON, PLAINTIFF-PETITIONER, v. MARGATE BRIDGE COMPANY, DEFENDANT-RESPONDENT.

See same case below: 24 *N. J. Super.* 450.

*Mr. Alexander Blatt* for the petitioner.

*Messrs. Starr, Summerill & Davis* and *Mr. William F. Hyland* for the respondent.

May 18, 1953.   Denied.